# UNITED STATES BANKRUPTCY COURT
Northern District of California (San Francisco)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) Corporation listed below was filed on 11/24/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
UCBH Holdings, Inc.
555 Montgomery Street
San Francisco, CA 94111

| Case Number:<br>09−33701 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>94−3072450 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Patrice N. Harper<br>Squire Sanders Dempsey LLP<br>One Maritime Plaza #300<br>San Francisco, CA 94111<br>Telephone number: (415) 954−0200 | Bankruptcy Trustee (name and address):<br>E. Lynn Schoenmann<br>800 Powell Street<br>San Francisco, CA 94108<br>Telephone number: 415−362−0415<br>Email: tteeschoenmann@earthlink.net |

### Meeting of Creditors

Date: **December 14, 2009**      Time: **02:30 PM**
Location: **San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>235 Pine Street, 19th floor<br>Post Office Box 7341<br>San Francisco, CA 94120<br>Telephone number: 415−268−2300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 11/25/09 |

# EXPLANATIONS

FORM B9B (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: amalakoot             Page 1 of 8                   Date Rcvd: Nov 25, 2009
Case: 09-33701                Form ID: B9B                Total Noticed: 503
```

The following entities were noticed by first class mail on Nov 27, 2009.
```
db         +UCBH Holdings, Inc.,    555 Montgomery Street,    San Francisco, CA 94111-6506
aty        +Patrice N. Harper,    Squire Sanders Dempsey LLP,    One Maritime Plaza #300,
             San Francisco, CA 94111-3406
tr         +E. Lynn Schoenmann,    800 Powell Street,    San Francisco, CA 94108-2006
smg         CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
             Sacramento, CA 94280-0001
smg         Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
             Sacramento, CA 94230
ust        +Office of the U.S. Trustee / SF,    Office of the U.S. Trustee,    235 Pine St,    Suite 700,
             San Francisco, CA 94104-2736
10495855    Aaron S. Eng,    7020 Lanewood Ave 212,    Los Angeles, CA 90028-7080
10495856    Aarons & Grant,    185 Grosvenor Place,    Atlanta, GA 30328-4853
10495857    Al Dong Zhou,    105 Milton Street,    Arlington, MA 02474-8734
10495858   +Alan A. Ayers,    P.O. Box 2254,    Addison, TX 75001-2254
10495859    Alan Russell Kahn,    49 Overhill Road,    Forest Hills, NY 11375-6021
10495860    Albert Chou,    38 Tullamore Dr.,    Willowdale ONT M2L2E8 Canada
10495861   +Albert Hsieh,    308 246TH Way SE,    Sammamish, WA 98074-3440
10495862    Albert L. Chang,    11070 Forestview Lane,    San Diego, CA 92131-1338
10495863    Albert P Behler,    1080 Fifth Ave,    New York, NY 10128-0102
10495864    Alex Gross,    10155 Collins Ave Apt 804,    Bal Harbour, FL 33154-1622
10495865    Alice S & Marlin G Chan,    5731 Matterhorn Pl NW,    Issaquah, WA 98027-7862
10495866    Alice S & Phyllis G Chan,    5731 Matterhorn Pl NW,    Issaquah, WA 98027-7862
10495867    Allison P Matthews,    3529 Cherry View Pl,    Decatur, GA 30034-5017
10495868    Ambrose P & Monica M B Noonan,    8436 Island Dr S,    Seattle, WA 98118-4732
10495869    Amy Aishan Noble,    1908 Hewatt Rd,    Lilburn, GA 30047-2518
10495870   +Amy L Yee,    28 Wallingford Rd Apt 2803,    Brighton, MA 02135-4723
10495871    Andree M London,    5772 Chamblee Dunwoody Rd,    Dunwoody, GA 30338-3760
10495872   +Andrew K Wang,    3126 NE Magnolia St,    Issaquah, WA 98029-3603
10495873    Andy Wong &,    Ida Wai Wong JT Ten,    2022 34th Ave So,    Seattle, WA 98144-4923
10495874    Angela Karpowich,    180 Island Rd,    Mahwah, NJ 07430-1729
10495875    Ann C Moy,    17 A Village Court,    Boston, MA 02118-2229
10495876    Anne B Wong &,    Denise B wong JT Ten,    12 Harriet Ave,    Burlington, MA 01803-4312
10495877    Audrey N Wang,    11280 Houze Road,    Roswell, GA 30076-1238
10495878    Audrey Walker,    447 North Central Street,    East Bridgewater, MA 02333-1711
10495879    Barbara J Mailloux,    5417 Maltby Road,    Woodinville, WA 98072-5305
10495880    Belinda Truong,    1219 Briarleaf Circle,    San Jose, CA 95131-3103
10495881    Bennie Auerbach,    1731 Wildwood Rd NE,    Atlanta, GA 30306-3018
10495882    Bernard F Grabowski,    57 George Street,    Bristol, Ct 06010-6872
10495883    Betty L Lock,    3112 E Pike Street,    Seattle, WA 98122-3262
10495885   +Betty Wong,    95 Esty Farm Road,    Newton, MA 02459-3606
10495884    Betty Wong,    1198 Hearst Ave,    Berkeley, CA 94702-1622
10495886    Bonnie H Min,    3155 Indian Hills Dr,    Marietta, GA 30068-3248
10495887    Botta Capital Management,    61 Broadway,    3rd Floor,    New York, NY 10006-2748
10495888   +Bruce R Buckley,    19 Gwinnett St,    Hyde Park, MA 02136-1830
10495889    Bruce R Hedlund &,    Suzanne M Hedlund JT Ten,    12924 NE 131st Street,    Kirkland, WA 98034-7909
10495890    Bruno C Bucari,    3460 Mansions Pkwy,    Duluth, GA 30096-2942
10495891    Cab International Holding Limited,    31 West 52nd Street,    New York, NY 10019-6118
10495892    Carl L Patrick Jr,    4423 Glengary Drive,    Atlanta, GA 30342-3517
10495893    Carol Chang,    12818 SE 41st Lane Apt B 104,    Bellevue, WA 98006-1215
10495894    Carolyn B Layaou,    105 W Tioga St,    Tunkhannock, PA 18657-1444
10495895    Carolyn F Lovell,    12511 Winn Ave,    Bakersfield, CA 93312-3439
10495896   +Cede & Co,    PO Box 20,    Bowling Green Station,    New York, NY 10274-0020
10495897    Chalat T Sperou,    57 Bridle Path,    Sudbury, MA 01776-2248
10495898   +Chao Chun Lee Tang,    5613 155th Avenue SE,    Bellevue, WA 98006-5115
10495899    Charlene Fang,    3068 Wanda Woods Dr,    Atlanta, GA 30340-4602
10495900    Charles E Posel,    510 Cutwater TRL NE,    Atlanta, GA 30328-1818
10495901    Charles S Mechem Jr,    8331 Poppy Lane,    Liberty Township, OH 45044-9816
10495902    Chek T & Tsang W Lim JTWROS,    15824 SE 59th Place,    Bellevue, WA 98006-5326
10495903   +Chen Hsiung Lee &,    Chiang W Lee JT Ten,    3608 81st Avenue SE,    Mercer Island, WA 98040-3542
10495904    Chen Jei Chuan Wang,    411 13th Ave W,    Kirkland, WA 98033-5311
10495905    Cheng Lim,    1355 Mich Bluff Dr,    SAN JOSE, CA 95131-2834
10495906   +Cheng Yah Wong,    95 Esty Farm Road,    Newton, MA 02459-3606
10495907   +Cheng Yah Wong & Betty Wong JT Ten,    95 Esty Farm Road,    Newton, MA 02459-3606
10495908    Cheryl Alperin Beer,    5254 Deering Trail,    Marietta, GA 30068-1710
10495909    Cheryl Hou,    8215 SE 61st Street,    Mercer Island, WA 98040-4901
10495910    Chester Cook,    106 Cornwall Ct,    Woodstock, GA 30188-6342
10495911    Chi Chang Chen,    NO 17 Tong Chang Street Hsinchu,    Taiwan Republic of China
10495912   +Chi Chen Chang,    11070 Forestview Lane,    San Diego, CA 92131-1338
10495913   +Chi Hsyong Tsai,    5613 155th Avenue SE,    Bellevue, WA 98006-5115
10495914    Chi Hung Chen,    NO 17 Tong Chang Street Hsinchu,    Taiwan Republic of China
10495915    Chi Ling Chen,    No 17 Tong Chang Street Hsinchu,    Taiwan Republic of China
10495916    Chi Peng Jen,    8712 NE 133rd Place,    Kirkland, WA 98034-1701
10495917    Chi Yao Shih & Daisy H Lee,    5215 164th Ave SE,    Bellevue, WA 98006-5704
10495918    Chien Chang Chou,    38 Tullamore Dr,    Willowdale Ont M2L2E8,    Canada
10495919    Chin Chu Chiang,    1816 Sherway St,    West Covina, CA 91790-2637
10495920    China Minsheng Banking Attn Mao Xiaofeng,    No 2 Fuxingmennei Avenue Xicheng Distric,
             Beijing China
10495921    Ching Chuan Lin,    No 5 Sec 1 Li Shing Road San Chung City,    Taiwan Republic of China
10495922    Ching Hsiang Ross Yeh,    7906 211th Place SW,    Edmonds, WA 98026-7147
10495923   +Chong Yip Chow,    33 Oak St,    Boston, MA 02111-1412
10495924    Chris Yengo,    Oust Jack Christopher Yengo,    Under NY Tran Min Act,    8216 Abbottsgate Lane,
             Charlotte, NC 28269-7181
10495925    Christian Brothers Institute,    235 Baker Street,    West Roxbury, MA 02132-4331
```

```
10495926     Christina Hou,   8215 SE 61st Street,   Mercer Island, WA 98040-4901
10495927     Chuan Mei Chang,   1070 Beacon St 6A,   Brookline, MA 02446-3951
10495928     Chun Mei Lin Shei,   5570 E Bromely Dr,   Oak Park, CA 91377-4751
10495929     Chung Yi Chang &,   Pei Ying Chang,   1F 15 3 Fu Kyeu,   1 Road Pei Tou Taipei,   TAIWAN R O C
10496193     Ci Fun Lam Cheng &,   Peter Park Cheng JT Ten,   13633 128th Avenue NE,   Kirkland, WA 98034-2239
10495930     Clayton B Burton Jr,   c/o Applied Media Tech Corp,   4091 AMTC Center Drive,
              Clearwater, FL 33764-6994
10495931     Courtney Toll,   220 Dudley Rd,   Wilton, Ct 06897-3513
10495932     Cynthia W Mcdaniel,   120 Millstone Dr,   Commerce, GA 30530-6998
10495933     Daniel R Kelly,   2288 Langston Ct NE,   Saint Michael, MN 55376-8213
10495934     Danielle A Thomas &,   Tami A Thomas,   33419 NE 43rd Pl,   Carnation, WA 98014-8743
10495935     Davadon Holdings Ltd,   PO Box N44,   Nassau,   Bahamas
10495936     David & Ammanda Brown JTWROS,   11316 Bodley Dr,   Louisville, KY 40223-1339
10495937     David B McClinton,   PO Box 1928,   Bellevue, WA 98009-1928
10495938     David C Bruce,   4364 Chateaugay,   Atlanta, GA 30342-3402
10495939     David C Probst,   1723 Chartwell Trce,   Stone Mountain, GA 30087-2206
10495940     David C Wang &,   Nancy I Chen JT Ten,   700 Barnesley Lane,   Alpharetta, GA 30022-3767
10495941     David Chen,   210 Pigeon Lane,   Waltham, MA 02452-4742
10495942     David Cho,   24227 SE 34th Pl,   Issaquah, WA 98029-6593
10495943     David E Simon &,   Jacqueline Simon JT Ten,   Box 7033,   Indianapolic, IN 46207-7033
10495944     David G & Sarah B Gooding Jtwros,   340 Windship Drive,   Port Townsend, WA 98368-2515
10495945     David Hung &,   Susy Hung JT Ten,   30 Anita Drive,   East Hanover, NJ 07936-3422
10495946     David J Mccreery &,   Angela C Mccreery JT Ten,   2170 East Lake Rd NE,   Atlanta, GA 30307-1832
10495947    +David Jaroslawicz,   225 Broadway Fl 24,   New York, NY 10007-3001
10495948     Deane H Stokes &,   Beverly M Stokes JT Ten,   4020 W Candlerlake Ct NE,   Atlanta, GA 30319-1742
10495949     Delainea L Wong,   4540 10th Avenue South,   Seattle, WA 98108-1801
10495950     Delynn Howard,   649 Laurel Wood Drive,   Marietta, GA 30064-3970
10495951     Denise B wong &,   Sandy B Wong JT Ten,   12 Harriet Ave,   Burlington, MA 01803-4312
10495952    +Dennis Iverson,   11720 NE 106th Lane,   Kirkland, WA 98033-5042
10495953    +Diane Y Thompson &,   Ronald M Langley JT Ten,   7327 47th Avenue NE,   Seattle, WA 98115-6102
10495954     Dieter Korf &,   Heike Korf JT Ten,   153 Mooring Buoy,   Hilton Head Island, SC 29928-5287
10495955    +Donald O Thurnau,   664 Farmview Rd,   Standardsville, VA 22973-3214
10495836    +Doreen Woo Ho,   78 Berkeley Way,   San Francisco, CA 94131-2518
10495957     Dorrie E Brevard,   2166 Serenity Dr,   Acworth, GA 30101-6216
10495958     Douglas R Blay,   112 N 49th Street,   Seattle, WA 98103-6323
10495959    +Dusoe & Co,   c/o F L Putnam,   10 Langley Rd Suite 400,   Newton Ctr, MA 02459-1972
10495963     EG Peterson &,   DM Peterson Jt Ten,   PO Box 1306,   Bothell, WA 98041-1306
10495960     Edrea Triff,   750 Park Ave NE Apt 21 E,   Atlanta, GA 30326-3274
10495961     Edward Chu &,   Evelyn Chu JT Ten,   5259 Beech Forest Dr SW,   Lilburn, GA 30047-5356
10495962    +Edward Tsung Ting Chiang,   4 Glenfield East,   Weston, MA 02493-2330
10495964     Eileen Romero,   6202 Pebble Beach Drive,   Vallejo, CA 94591-6300
10495965     Elizabeth N Flax,   3273B Rocky Water Ln,   San Jose, CA 95148-4227
10495966     Elsa Chueh Chau Kuo,   3020 Brooke View Court,   Alpharetta, GA 30022-3419
10495967     Elsa Kuo,   3020 Brooke View Court,   Alpharetta, GA 30022-3419
10495968     Erika K Quan &,   Sandy Y Quan JT Ten,   25922 158th Avenue SE,   Covington, WA 98042-8289
10495969     Ervin H Gerson &,   Suzanne W Gerson JT Ten,   593 Cambridge Way NE,   Atlanta, GA 30328-1050
10495976     Eu Chuan Chang,   15634 27th Drive SE,   Mill Creek, WA 98012-4843
10495970     Fa Sheng Temple of America,   Seattle Buddhist Association,   1007 S Weller Street,
              Seattle, WA 98104-3027
10495971     Fawn Wong &,   Betty J Chinn,   JT Ten,   5337 Saddleback Court,   El Sobrante, CA 94803-3879
10495972     Fong Louie,   5550 26th Avenue South,   Seattle, WA 98108-3049
10495973     Fr Fidelis A Jacobs & Joseph Belzak,   PO Box 544,   Issaquah, WA 98027-0021
10495974     Frank W Lee,   265 Shawmut Ave,   Boston, MA 02118-2160
10495975     Freddie Fong &,   Lana Chu Fong TR,   2037 Almadale Ave,   Los Angeles, CA 90032-3605
10495977    +Fu Kan Chang,   c/o 15634 27th Drive SE,   Mill Creek, WA 98012-4843
10495978     Fu Yung Chang,   17627 32nd Ave SE,   Bothell, WA 98012-8542
10495979     Garry L & Danelle L Pool JTWROS,   15828 E Shore Drive,   Lynnwood, WA 98087-6625
10495980     George Jen Ruey &,   Jenny Shiou Ying Chang,   1929 Irving Street Suite 307,
              San Francisco, CA 94122-1763
10495981     Georgia Jones,   543 Woodsong Trail Apt 204,   Smyrna, GA 30082-2305
10495982     Gerald E Mcdaniel &,   Bonnie Mcdaniel JT Ten,   5443 Camp Creek Rd,   Mount Airy, GA 30563-2908
10495983     Gerald R Armstrong,   910 Sixteenth Street No 412,   Denver, CO 80202-2917
10495984     Gerd Keiser &,   Ching Yun Keiser JT Ten,   65 Rachel Road,   Newton, MA 02459-2923
10495986     Gerd W Kichniawy,   811 Argonne Ave NR 3,   Atlanta, GA 30308-1673
10495985     Gerd W Kichniawy,   811 Argonne Ave Apt 3,   Atlanta, GA 30308-1673
10495987     Godwin Wong,   632 Clarendon Ave,   San Francisco, CA 94131-1071
10495988    +Grace Hsieh,   308 246th Way SE,   Sammamish, WA 98074-3440
10495989     Gregory S & Sandra G Chan,   1501 Calais Dr,   Miami Beach, FL 33141-3508
10495990    +Hai Pham,   329 Checkers Dr NR 108,   San Jose, CA 95133-2811
10495991     Hanh T Duong,   1372 Prada Ct,   Milpitas, CA 95035-4029
10495992     Harry Stephen Howard,   120 Trails End Dr,   Demorest, GA 30535-4753
10495993     Harvey Not Chuen Kwan,   28 Bobolink Road,   Wellesley, MA 02481-3537
10495994     Hattie W Mathews,   PO Box 563,   Renton, WA 98057-0563
10495995     Haverton Hunt,   2493 Waterscape Trail,   Snellville, GA 30078-7399
10495996    +Henry H Yu,   7922 Springer Road,   Bethesda, MD 20817-5547
10495997     Herbert C Jones,   4556 Willow Oak Trail,   Powder Springs, GA 30127-6417
10495998     Hieu T Tran &,   Lan T Tran JT Ten,   2078 135th Place SE,   Bellevue, WA 98005-4002
10495999     Ho Ming Lai &,   Margaret Yuen Ping Lai JT Ten,   15786 NE 25th Pl,   Bellevue, WA 98008-2356
10496000    +Hokin Terence Yeung & Teresina Ling JT Ten,   11545 5th Avenue NE,   Seattle, WA 98125-6201
10496001     Hsiao Li Chou,   137 Calyer Street,   Brooklyn NY 11222-2509
10496002     Hsiao Ming Yuan Fang,   3068 Wanda Woods Dr,   Atlanta, GA 30340-4602
10496003     Hsien Jui Shu,   6201 125th Avenue SE,   Bellevue, WA 98006-3933
10496004     Hsien Jung Shu,   15415 SE 44th Place,   Bellevue, WA 98006-2521
10496005     Hsiu Li Chen,   45 Pleasant St,   West Newton MA 02465-1230
```

```
10496006     Huey Ju Lee,    15418 SE 53rd Place,     Bellevue, WA 98006-5110
10496007     Hui Ling Hsu,    1 5415 SE 44th Place,     Bellevue, WA 98006-2521
10496008     Hui Yun Angel Yeh,    7 906 211th Place SW,     Edmonds, WA 98026-7147
10496009     Hung Pen Chi,    8 845 Paisley Pl NE,     Seattle, WA 98115-3994
10496010     Hwa Lung Tai &,    Chuang Lien Tai JT Ten,    2740 Sewell Mill Rd,     Marietta, GA 30062-4715
10496011     Hye Kyeong Kim,    5202 Medlock Corners Dr,     NORCROSS, GA 30092-2938
10496012     India Jane Grimsley,    1440 Dutch Valley Pl Ste 100,     Atlanta, GA 30324-5367
10496013     Ingegerd Stroud,    120 Holcomb Court,     Alpharetta, GA 30022-5331
10496014    +Irena Y Huang,    3760 Deer Trail Drive,     Danville, CA 94506-6022
10496015     James E & Patricia C Mazure,    PO Box 847,     Mercer Island, WA 98040-0847
10496016     James E Greenebaum TR UA 12/27/90,    c/o James E Greenebaum Trust,
              1740 Mission Hills Rd Apt 311,     Northbrook, IL 60062-5744
10496017    +James E Jessen &,    Judy A Jessen JTWROS,    PO Box 1202,     Issaquah, WA 98027-0046
10496018     James Gartland,    PO Box 82,    Kualapuu, HI 96757-0082
10496019     James H Chou &,    Lynn Y Chou JT Ten,    3105 103rd Avenue NE,     Bellevue, WA 98004-1920
10496020    +James H Miller,    79 North River Road,     Lee, NH 03861-6408
10496021     James L Hughes,    4806 Olde Village Ln,     Dunwoody, GA 30338-5126
10496022     James P Reddick,    104 Palm Sparrow Court,     Daytona Beach, FL 32119-1395
10496023     James P Reddick Jr,    104 Palm Sparrow Ct,     Daytona Beach, FL 32119-1395
10496024     James Rosenwald,    8637 SE 76TH Place,     Mercer Island, WA 98040-5708
10496025     James S J Wang,    Wang Engineering,    15200 Weston Parkway Ste 101,     Cary, NC 27513-8620
10496026    +Jan M Cox,    23111 21st Ave SE,     Bothell, WA 98021-9524
10496027     Jane Pi Trinkle,    3293 Greencastle Chase,     Marietta, GA 30062-4467
10496028     Janice L Culpepper,    15641 NE 202nd Street,     Woodinville, WA 98072-7035
10496029     Janice Stephens Wofford,    6700 Roswell Rd NE Apt 11D,     Atlanta, GA 30328-2510
10496030    +Jason G Tang,    13 Diamond S Ranch,     Bellevue, WA 98004-2819
10496031     Jean C Yu,    5508 136TH Place SE,     Bellevue, WA 98006-4240
10496032     Jean Chang Cust,    Jonathan Chang,    3032 E Charlinda St,     West Covina, CA 91791-2904
10496033     Jean Chang Oust,    Tiffany Chang,    3032 E Charlinda St,     West Covina, CA 91791-2904
10496034     Jeffery S Hollis,    46 Bond St,     Reading, MA 01867-2432
10496035     Jeffrey Wong,    73 Essex Street,     Boston, MA 02111-2126
10496036     Jennifer A Chuprun,    318 Woodward Ave SE,     Atlanta, GA 30312-2124
10496037     Jennifer C Scotland Lyle,    440 Bimini Court,     Marietta, GA 30008-3547
10496038     Jennifer Rigoni,    PO Box 5206,     Rockford, IL 61125-0206
10496039     Jenny Tai Tsun Keung,    8420 Fairdell Cr,    Richmond BC V7C 1W4,     Canada
10496040     Jeremy Ghu,    8215 SE 61st Street,    Mercer Island, WA 98040-4901
10496041     Jerry L Boos,    11 Morse Road,    PO Box 329,     Wayland, MA 01778-0329
10496042     Jerry Shian Der Wu &,    Jenny Chuan Wu JT Ten,    3266 Timberloch Dr,     Marietta, GA 30068-3852
10496043     Ji Hye Pak,    5006 Dunwoody Terrace Cv,     Dunwoody, GA 30338-2330
10496044     Ji Z Wong &,    Maggie Mei Wong JT Ten,    5213 15th Avenue S,     Seattle, WA 98108-2340
10496045    +Jiang Bei Dong,    10170 NW 41st Street,     Miami, FL 33178-2923
10496046     Jimmy Wong,    19835 Laurelwood Dr,     Castro Valley, CA 94552-5110
10496047    +Jin Zhang,    One River Court 2109,     Jersey City, NJ 07310-2009
10496048     Jing Sheng Huang,    4F 112 Lane,    109 Ter Shin E Rd,     Taipei Taiwan ROC
10496049    +Joan Go,    2961 142nd Pl SE,     Bellevue, WA 98007-6461
10496050     Joanne Johnson,    2128 Copper Ridge Trail,     Buford, CA 30519-7715
10496051     Joel Dan Harlow,    1563 Cooks Pond Drive,     Powder Springs, GA 30127-5426
10496052     John A & Nancy L Stroeder Jtwros,    2435 Hastings Ave W,     Port Townsend, WA 98368-9291
10496053    +John D Dale Jr,    50 East 77th St,     New York, NY 10075-1826
10496054     John D Young Jr,    4843 158th Place SE,     Bellevue, WA 98006-3257
10496055     John D Zimmerman,    PO Box 7637,     York, PA 17404-0637
10496056     John G Behmke,    6031 West Mercer Way,     Mercer Island, WA 98040-4846
10496057     John Huang & Helen Huang,    404 Nakoma Dr,     Midland, MI 48640-7227
10496058     John Mattingly,    7404 East 11th St,     Indianapolis, IN 46219-3704
10496059    +John Reynolds,    3314 Woodlands Dr SE,     Smyrna, GA 30080-8423
10496060     John W Moody &,    Geraldine H Moody JT Ten,    1572 Bethany Rd,     Jasper, GA 30143-5735
10496061     Jolene Huntington Sanborn &,    Michael L Sanborn JT Ten,    1740 Brookside Drive SE,
              Issaquah, WA 98027-4809
10496062     Jolene Van Hee,    2518 Tacoma Point Drive E,     Sumner, WA 98391-6462
10496063     Joli C Y Chou,    38 Tullamore Dr,    Willowdale ONT M2L2E8,     Canada
10496064    +Jonnye Allen,    635 Corley Brook Way,     Lawrenceville, GA 30046-8838
10496065     Joseph Adorno,    49 Windtree St,     Torrington, Ct 06790-3030
10496066     Joseph Belzak,    PO Box 544,     Issaquan, WA 98027-0021
10496067     Joseph J Jou,    2437 Martes,     Laverne, CA 91750-1141
10496068     Joseph J Jou &,    Lydia K C Jou,    2437 Martes,     Laverne, CA 91750-1141
10496069     Joseph J Jou and,    Lydia Kweichi Jou JT Ten,    2437 Martes,     Laverne, CA 91750-1141
10496070     Joseph M Kim,    69 Six Pence Point,     Killen, AL 35645-5436
10496071    +Joseph W Parmalee,    186N Main St,     Suffield, Ct 06078-2198
10495837    +Joseph Wu,    5565 Candlelight Dr.,     La Jolla, CA 92037-7713
10496073     Josephine C Ou,    8855 Points Drive,     Bellevue, WA 98004-1615
10496074     Josephine Shang Chiu Liang,    6740 163rd Place SE,     Bellevue WA 98006-5669
10496075     Joyce Chou,    33 Tullamore Dr,    Willowdale ONT M2L2E8,     Canada
10496076     Joyce H Lin,    2421 169th Place SE,     Bellevue, WA 98008-5515
10496077    +Judy D See,    7620 SE 72nd Pl,     Mercer Island, WA 98040-5547
10496078     Jui Ping Chu,    3481 Lakeside Dr NE Apt 908,     Atlanta, GA 30326-1300
10496079     Julie L Huang,    2034 154th Ave SE,     Bellevue, WA 98007-6328
10496080     Julie T Su,    219 Brannan Street 6 D,     San Francisco, CA 94107-4034
10496081     Justin C Yeh,    5894 155th Avenue SE,     Bellevue, WA 98006-5120
10496082     Karen Goldenson,    2372 Como Ave,     St Paul, MN 55108-1457
10496083     Karen Kingery McConnell,    361 Galesburg Drive,     Lawrenceville, GA 30044-4855
10496084     Karl Hou,    8215 SE 61st Street,     Mercer Island, WA 98040-4901
10496085     Kathleen Chin &,    Mark F Chin JT Ten,    170 Tremont Street 202,     Boston, MA 02111-1102
10496086     Kathy C Nelson,    31 Combs Place,     Port Townsend, WA 98368-9694
10496087     Katrin Knospe,    6201 EP True Parkway,    Apt 1310,     West Des Moines, IA 50266-5202
```

```
10496088      Keith G & Carolyn R Kraker Jtwros,    109 West 8th Street,    Aberdeen, WA 98520-2414
10496089      Kek Cheng Chang &,    Kun Tee Chang JT Ten,    257 Dean Road,    Brookline, MA 02445-4144
10496090      Kelly Vanapeldoorn,    Oust Megan Vanapeldoorn,    Under NY Trans Min Act,    60 Gordon Park,
               Webster, NY 14580-3216
10496092     +Kevin J Plunkett &,    Cynthia A Plunkett Ct Ten,    23 Indian Path,    Dedham, MA 02026-6218
10496093      Kit Yee Wu,    35 Hubbard St,    Malden, MA 02148-5404
10496094      Koon Poo Wong &,    Zachary Wong Ct Ten,    5213 15th Avenue S,    Seattle, WA 98108-2340
10496095      Kristin V Lorentz,    75-6163 Haku Mele St,    Kailua Kona, HI 96740-7976
10496096     +Kwok Keung Ng & Dorothy Ng JT Ten,    3258 15th Ave,    Seattle, WA 98144-6317
10496097     +Kwong Yin Louie,    525 Maynard Avenue S 204,    Seattle, WA 98104-2930
10496098      Kyung Sood Kim,    853 Byrnwyck Rd NE,    Atlanta, GA 30319-1681
10496099      Larry D Ledbetter,    3000 Springview Ct NW,    Atlanta, GA 30339
10496100      Larry G Pool &,    Merri D Hankins Pool JTWROS,    4718 153rd Place SW,    Lynnwood, WA 98087-2235
10496101      Laura Wayles Garrabrant,    413 High St,    Chestertown, MD 21620-1311
10496102      Lauren Monacell Timmons,    3960 54th St Apt 7J,    Woodside, NY 11377-4217
10496103      Lawrence Hou,    8215 SE 61st Street,    Mercer Island, WA 98040-4901
10496104     +Lenore S Maslia,    736 Johnson Ferry Rd Ste 0240,    Marietta, GA 30068-4379
10496105      Leo Tam &,    Cinda Tam JT Ten,    226 Nevada Street,    Newton, MA 02460-1258
10496106      Leon Auerbach,    3530 Piedmont Rd NE Apt 11F,    Atlanta, GA 30305-1551
10496107      Leon Cohen,    1147 Ashton Bluff Dr NE,    Atlanta, GA 30319-5399
10496108     +Leonard C C Wan,    858 W Roxbury Parkway,    Chestnut Hill, MA 02467-3704
10496109      Leslie I Kraitzick,    300 Nell Ct,    Atlanta, GA 30342-2474
10496110      Li Ching H Lorentz &,    Donald P Lorentz JT Ten,    1727 Harbor Ave SW N303,
               Seattle, WA 98126-2002
10496111      Li Ying Chang &,    Cheng Fang JT Ten,    1420 172nd Pl NE,    Bellevue, WA 98008-3113
10496112      Lien Chun Huang,    5170 Somerset St,    Buena Park, CA 90621-1461
10496113     +Lihua Polumsky,    124 N 155th Street,    Seattle, WA 98133-5926
10496114      Lily Lawn Tsao,    127 Commonwealth Avenue,    Chestnut Hill, MA 02467-1004
10496115      Lily Lee,    3839 Spalding Wood Dr,    Norcross, GA 30092-2602
10496116     +Lin Ti Chang,    54 Bow Road Street,    Newton Center, MA 02459-2513
10496117      Linda Lucas,    3200 Lenox Rd NE Apt D412,    Atlanta, GA 30324-2663
10496118      Linda S Au,    72 Kneeland St #301,    Boston, MA 02111-1926
10496119      Linda S Lafever,    3441 Lark Lane,    Decatur, GA 30032-2565
10496120      Linda Sun & William Sun,    TTEES Sun Family Trust,    29 Park Terrace,
               Bridgewater, MA 02324-2631
10496121      Ling Yu Lin TTEE,    of The Ling Yu Lin 1993 Trust,    9202 Roos Street,    Houston, TX 77036-5202
10496122      Ling Yu Lin TTEE,    of The Yi Song Chen 1993 Trust,    9202 Roos Street,    Houston, TX 77036-5202
10496123      Linwena Eng,    18016 Wallingford Avenue,    Shoreline, WA 98133-4637
10496124      Lo Ping L Siu Wong,    3439 Monogram St,    San Leandro, CA 94577-3257
10496125     +Lois A Nichols,    12 Esther Lane,    Northwood, NH 03261-3808
10496126      Lori Cantey,    2825 Joel Place,    Atlanta, GA 30360-1417
10496127      Lucio Soojong Min,    3155 Indian Hills Dr,    Marietta, GA 30068-3248
10496128      Lucretia Lee Scott,    TR Lucretia Lee Scott,    1986 Trust 10 E End Ave Apt 9F,
               New York, NY 10075-1145
10496129      Luis Baez & Lynn Rivera,    4843 158th Pl SE,    Bellevue, WA 98006-3257
10496130      Lung Turn Chen,    8 Chestnut Street,    Acton, MA 01720-4146
10496131      Lydia Am Ho,    2807 Apple Orchard Trail,    Snellville, GA 30078-2205
10496132      Lydia K C Jou,    2437 Martes,    La Verne, CA 91750-1141
10496133      Lyle K Snyder,    6212 E Mercer Street,    Mercer Island, WA 98040-5129
10496172      MIS As Exchange Agent for Pacifica,    Bancorp Inc,    Mellon Investor Services,
               480 Washington Blvd Fl 27,    Jersey City, NJ 07310-2053
10496134      Maggie Wong &,    Koon Poo Wong JT Ten,    5213 15th Ave S,    Seattle, WA 98108-2340
10496135      Manja Park,    2525 Woodbrook Ct,    Lawrenceville, GA 30043-2399
10496136      Mann Tchao Wang,    c/o David Yu,    4360 Chamblee Dunwoody Rd Ste 300,    Atlanta, GA 30341-1056
10496137      Margaret B Connor,    Revocable Trust,    12 Brook St,    Wellesley, MA 02482-6601
10496138      Margey A Thoresen,    7163 1/2 Beach Drive SW,    Seattle, WA 98136-2077
10496139      Maria Dziewienski,    1237 Lenox Cir NE,    Atlanta, GA 30306-2007
10496140      Marian K Chuan,    1034 B Calle Sastre,    Santa Barbara, CA 93105-5483
10496141      Marisa Y CHuang,    3932 Fieldview Road,    Lake Orion, MI 48360-2498
10496142      Mark G Tormey &,    Megan D Tormey JT Ten,    11550 8th Avenue NE,    Seattle, WA 98125-6206
10496143      Marna J Johnsen,    194 Lake Pleasant Park Road,    Beaver, WA 98305-9608
10496144      Mary C Brown &,    Robert M Brown JT Ten,    3001 Claridge Oak Ct,    Sacramento, CA 95821-3962
10496145      Mary J Scholten,    1429 West 32nd St,    Holland, MI 49423-6779
10496146      Mary P Bosch,    431 Lakewood Avenue,    Lake Oswego, OR 97034-3837
10496147      Matthew Callahan,    755 Carpenter Lane,    Waleska, GA 30183-3631
10496148      Matthey Hou,    8215 SE 61st Street,    Mercer Island, WA 98040-4901
10496149      Maureen Efner,    2288 Valley View Dr,    Kankakee, IL 60901-8396
10496150      Maureen M L Hsu,    2382 Riverglenn Ct,    Dunwoody, GA 30338-5900
10496151      Mei Feng Lin Chi,    NO 5 Sec 1 Li Shing Road,    San Chung City,    Taiwan Republic of China
10496152      Mei Ling Yao TR,    UA Dec 20 05 The Mei,    Ling Yao Revocable Trust,    927 Coronado Dr,
               Arcadia, CA 91007-6425
10496153      Meir Gur Lavi &,    Miriam Gur Lavi JT Ten,    2605 Coscom Ct NE,    Atlanta, GA 30345-1301
10496154      Melissa Wong &,    Noon Poo Wong JT Ten,    5213 15th Avenue S,    Seattle, WA 98108-2340
10496155      Michael A Grimsley,    1440 Dutch Valley Place Ste 100,    Atlanta, GA 30324-5367
10496156      Michael G Lindsley,    Custodian FBO,    Patrick M Lindsley,    2315 186th Avenue NE,
               Redmond, WA 98052-6015
10496157     +Michael H Kim,    10777 Main Street,    202 Bellevue, WA 98004-5971
10496158      Michael J Chumley,    1825 Rocky Branch Pass,    Marietta, GA 30066-8014
10496159     +Michael J Fujii,    4049 2nd Ave NE,    Seattle, WA 98105-6507
10496160      Michael Keller,    2765 Oak Village Tr,    Decatus, GA 30032-6496
10496161     +Michael L Dull,    26 Summit Ave,    Somerville, MA 02143-1866
10496162      Michael R Eng,    6845 SE Cougar Mountain way,    Bellevue, WA 98006-5620
10496163      Michael Spaly,    11228 Cumming Hwy,    Canton, GA 30115-8144
10495838     +Michael Tun Zan,    315 Alberta Way,    Hillsborough, CA 94010-7147
```

```
10496165      Michael V Coleman,    165 Milano Dr,    Atlanta, GA 30331-8379
10496166      Michael Yu,    65 Michelle Cir NE,    Atlanta, GA 30342-1017
10496167     +Michelle Woodman,    1321 Isabelle Circle,    South San Francisco, CA 94080-7515
10496168      Min Z Christ,    1100 22nd Ave E,    Seattle, WA 98112-3517
10496169      Ming Jung Su,    30216 104th Ave SE,    Auburn, WA 98092-2544
10496170      Miriam Strickman Levitas & Theodore,    C Levitas JT, Ten Buckhead Village Lofts NR 420,
               3235 Roswell Rd NE,    Atlanta, GA 30305-1864
10496174      Mis As Exchange Agent,    for Summit Bank Corp,    Cash/Stock Exchange Mellon Investor Ser,
               480 Washington Blvd Fl 27,    Jersey City, NJ 07310-2053
10496171      Mis As Exchange Agent For,    Asian American Bank Corporation,    Reorganization Dept,
               480 Washington Blvd Fl 27,    Jersey City, NJ 07310-2053
10496173      Mis As Exchange Agent For,    Summit Bank Corp Stock Exchange Mellon,    Investor Services,
               480 Washington Blvd FL 27,    Jersey City, NJ 07310-2053
10496175      Mo Fong Yuen,    17 Nern St,    Natick, MA 01760-3526
10496176     +Monica Halpert,    7 East 94th St NR 2,    New York, NY 10128-1912
10496177      Mutual Beef Company Inc,    126 Newmarket Sq,    Boston, MA 02118-2603
10496178      Nack Paek,    4470 Mount Paran Pkwy NW,    Atlanta, GA 30327-3747
10496179      Nack Y Paek,    4470 Mount Paran Pky NW,    Atlanta, GA 30327-3747
10496180      Nack Y Paek &,    B L Paek JT Ten,    4470 Mt Paran Pkwy,    Atlanta, GA 30327-3747
10496181     +Nan Huang,    30806 Marne Dr,    Rancho Palos Verdes, CA 90275-5610
10496182      Nancy K Kuo,    818 Kevin Way,    Ridgecrest, CA 93555-3302
10496183      Nancy Lan Shien Shu,    3757 Lance Bluff Lane,    Duluth, GA 30097-7376
10496184      Nancy Nai Chang Peng,    351 Tun Hwa Road 11F,    Taichung Taiwan
10496185      Nathan W Chapman,    14725 28th Drive SE,    Mill Creek, WA 98012-5788
10496186      Ned Tracy Faires Jr,    402 Holly Lane,    Mauldin, SC 29662-3201
10496187     +Neil F Thibert &,    Mann Ling Thibert JT Ten,    7726 Douglas Ave SE,    Snoqualmie, WA 98065-9742
10496188     +Neil J D Acquisto,    131 Cape George Drive,    Port Townsend, WA 98368-9468
10496189      Nellie Debruyn,    PO Box 3201,    Everett, WA 98213-8201
10496190     +Nie Jiann Wen &,    Minnie Ni Wen JT Ten,    82 Buckskin Dr,    Weston, MA 02493-1130
10496191      Noel H & Susan J Martin Jtwros,    4214 189th Place SW,    Lynnwood, WA 98036-5622
10496192      Nu Ha Lot,    30 Hillside Road,    Braintree, MA 02184-4105
10496194     +Omar P Lee &,    Christine L Lee JT Ten,    8448 N Mercer Way,    Mercer Island, WA 98040-3134
10496195      Otto Y Chang &,    Kun Tee Chang JT Ten,    257 Dean Road,    Brookline, MA 02445-4144
10496196      P David Sheomaker &,    Lois L Shoemaker JT Ten,    3312 Indian Hawthorne Ridge,
               Gainesville, GA 30504-5584
10496197      Pai Chieng Pong,    14200 NE 12th Place,    Bellevue, WA 98007-4032
10496198     +Pai Feng Tsai,    5613 155th Avenue SE,    Bellevue, WA 98006-5115
10496199     +Pao Wen Chang,    810 NW 200th Street,    Shoreline, WA 98177-2136
10496200      Patrick W Lacey,    4950 Ivy Ridge Dr SE Unit 106,    Smyrna, GA 30080-6662
10496201      Paul C Y Chu,    371 Knollwood Rd Extension,    Elmsford, NY 10523-2910
10496202      Paul K Chan &,    Anne K Chan JT Ten,    71 James St,    W Newton, MA 02465-1051
10496203      Paul Y Chau,    655 W Irving Park Road Unit 1910,    Chicago, IL 60613-3180
10496204     +Paula C Swartz,    15 Manchester Rd,    Winchester, MA 01890-2916
10496205      Peng Jun Gee,    100 Thurston St,    Somerville, MA 02145-2829
10496206      Peter M Newgard &,    Rebeca A Newgard JTWROS,    16408 230th Avenue SE,
               Maple Valley, WA 98038-7008
10496207      Philip R Torres &,    Betti Jo Torres JT Ten,    3131 92nd Ave NE,    Clyde Hill, WA 98004-1749
10496208      Philip S Mendenhall,    3051 52nd Avenue SW,    Seattle, WA 98116-2922
10496210      Pin Pin Chau,    7460 St Marlo Country Club Pkwy,    Duluth, GA 30097-1617
10495839     +Pin Pin Chau,    7460 St. Mario Country Club,    Duluth, GA 30097-1617
10496211      Prajesh J Patel,    701 Windcliff Dr SE,    Marietta, GA 30067-8354
10495840      PricewaterhouseCoopers,    P.O. Box 31001-0068,    Pasadena, CA 91110-0068
10496213      Quon Yin Lee &,    Dai Jan Lee,    JT Ten,    6527 Hagen Blvd,    El Cerrito, CA 94530-1714
10496240     +RONG T Huang,    3760 Deer Trail Drive,    Danville, CA 94506-6022
10496214      Ralph T Wagner TR,    Ralph T Wagner Revocable Trust,    640 The Village,    Unit 314,
               Redondo Beach, CA 90277-2729
10496215      Raquel Torres,    40766 Creston St,    Fremont, CA 94538-3234
10496216     +Ray Y Chow,    1112 Randolph Ave,    Milton, MA 02186-5235
10496217      Raymond J Eineigl,    21425 George Brown Avenue,    Riverside, CA 92518-2846
10496218      Raymond M Eng,    212 E 83RD Street Apt 3A,    New York, NY 10028-2849
10496219      Raymond S C Lo,    5965 W Andechs Summit,    Duluth, GA 30097-6407
10496220     +Raymond Y P Chau &,    Pin Chau JT Ten,    7460 St Marlo Country Club Pkwy,    Duluth, GA 30097-1617
10496221      Rebecca Lee,    781 Omaha Dr,    Norcross, GA 30093-4921
10496222     +Rene D Mulvaney,    617 Stitch Road,    Lake Stevens, WA 98258-8572
10496223      Renee Lewis Glover,    553 Auburn Avenue,    Atlanta, GA 30312-1941
10496224      Richard A Canady,    1717 W Jackson Street,    Springfield, IL 62704-1554
10496225      Richard E Nelson,    31 Combs Place,    Port Townsend, WA 98368-9694
10496226      Richard H Andre,    4601 Vermack Place,    Atlanta, GA 30338-5144
10496227      Richard W Magnuson,    P 0 Box 563,    Gold Bar, WA 98251-0563
10496228     +Rita A Lin,    307 141st Avenue NE,    Bellevue, WA 98007-6909
10496229     +Robert A Newgard &,    Annette L Maxwell JTWROS,    7195 Brooktree Ct,    San Jose, CA 95120-3235
10496230      Robert Barnett &,    Bessie B Barnett JT Ten,    3317 Spreading Oak Dr SW,    Atlanta, GA 30311-2931
10496231      Robert H Holert &,    Kathryn F Holert JT Ten,    4145 117th Avenue NE,    Kirkland, WA 98033-8744
10496232      Robert J Dickson,    8517 Cascadia Avenue,    Everett, WA 98208-3506
10496233      Robert K Ho &,    Teresa S Ho JT Ten,    15614 NE 6th Street,    Bellevue, WA 98008-4322
10496234      Robert Porter,    28930 211th SSE,    Covington, WA 98042
10496235      Robert W Duncan,    2814 Rucker Ave,    Everett, WA 98201-3495
10496236      Rohrabaugh Company,    c/o Mr Paul,    N Rohrabaugh Briarcliff Branch,    PO Box 49241,
               Atlanta, GA 30359-1241
10496237      Roman W Chen,    960 Commonwealth Ave,    Newton, MA 02459-1038
10496238      Romana Sok in Mak Lo,    2850 Ruby View,    San Jose, CA 95148-2174
10495841     +Ron McMeekin,    3225 Jackson Street,    San Francisco, CA 94118-2016
10496241     +Rui Xiang Chen,    153 41 60 Ave,    Flushing, NY 11355-5540
```

```
10496271      +SNL Financial LLC,    C-0 Daniel Oakey,    One SNL Plaza,    Box 2124,
               Charlottesville, VA 22902-5150
10496272       SNL Securities LLC,    One SNL Plaza,    212 Seventh Street NE,    PO Box 2124,
               Charlottesville, VA 22902-2124
10496242       Sajeemon Hutangkura,    892 Soaring Way NE,    Marietta, GA 30062-3281
10496243       Sally Lau Han,    3 Fairwood Court,    Rockville, MD 20850-3005
10496244       Sam Silverstein,    4103 Kanawha Ave,    Charleston, WV 25304-1645
10496245       Samuel E Johnson Tr 06/02/97,    FBO Johnson Revocable Trust,    Box 271,
               Yuba City, CA 95992-0271
10496246      +Samuel Haleva &,    Ruth L Haleva JT Ten,    6076 52ND Ave S,    Seattle, WA 98118-2908
10495842      +Sandler O'Neill + Partners, L.P.,    919 Third Avenue,    6th Floor,    New York, NY 10022-3930
10496248       Scott Howard Sochnoff TTEE,    Cott Howard Sochnoff Trust,    835 46TH St,
               Sioux City, IA 51104-1435
10496249       Sean Chang,    9115 Hunting Pines PL,    Fairfax, VA 22032-1464
10496250       Shang Chiu Wong,    Serene Ct Flat B,    41 Tin Hau Temple Rd 12 F,    Hong Kong
10496251       Shang Wu &,    Bao Chen Wu JT Ten,    37 Shady Hill Rd,    Weston, MA 02493-1445
10496252       Shanley M Petterson,    320 W 76th St,    Apt 8E,    New York, NY 10023-8007
10496253      +Shannon K Maupin &,    Kelli T Maupin JT Ten,    9244 118th Pl SE,    Newcastle, WA 98056-2010
10496254       Sharman M Mailloux,    12001 89th Place NE,    Kirkland, WA 98034-2631
10496255       Sharon K Cho,    3572 Splinterwood Rd,    Norcross, GA 30092-2713
10496256      +Shawn Hour,    17217 SE 187th Street,    Renton, WA 98058-9545
10496257       Shawn Hour Oust,    Wan Ling Amy Chung Under WA UNIF,    Transfers to Minors Act,
               17217 SE 187th St,    Renton, WA 98058-9545
10496258       Shawn Hour Yun Sunny Chugn Under WA UNIF,    Transfers to Minors Act,
               17217 SE 187th St,    Renton WA 98058-9545
10496259      +Shawn M bjorklund &,    Steven L Bjorklund JT Ten,    9015 188th St SE,    Snohomish, WA 98296-8081
10496260       Sheena Kao,    8285 Cavendish Place,    Suwanee, GA 30024-1589
10496261       Sherman H Starr,    1280 Soldiers Field Road,    Boston, MA 02135-1003
10496262      +Shi Choi Kwok &,    Lai Shung Kwok JT Ten,    642 Lamoka Ave,    Staten Island, NY 10312-3438
10496263       Shiao Ming Chi,    8845 Paisley Place NE,    Seattle, WA 98115-3994
10496264       Shih Wei Shiue,    540 Marrett Rd,    Lexington, MA 02421-7606
10496265       Shih Wei Shiue &,    Lucy N Shiue JT Ten,    540 Marrett Rd,    Lexington, MA 02421-7606
10496266       Shu Shu Seadler,    3374 Bent Hollow Ln,    Duluth, GA 30096-6659
10496267       Shuk Ping Hulda Yu,    21761 Russet Lane,    Brier, WA 98036-8089
10496268       Sik Yui,    660 Brook Rd,    Milton, MA 02186-3516
10496269       Sion Nyen Lai,    1590 Robins Walk,    Alpharetta, GA 30005-2274
10496270       Siu Ying Au,    20 Corinne Rd,    Brighton, MA 02135-1805
10496273      +Son P Thanasack,    852 Woods Ct,    Lawrenceville, GA 30044-3679
10496274       Stacey Thomas,    5991 Pine Creek Road,    Forest Park, GA 30297-4114
10496275       Steve C Yang,    6660 E Mercer Way,    Mercer Island, WA 98040-5133
10496276      +Steven A Bradley &,    Estelle R Bradley,    2312 James Court,    Arlington Heights, IL 60004-3088
10496277       Steven N Flowers,    10028 136th Avenue NE,    Kirkland, WA 98033-5215
10496278       Su Chiang Pan,    60 E 9th St Apt 605,    New York, NY 10003-6446
10496279       Suandy Suandy,    630 W Quail Dr,    Green Valley, AZ 85622-1700
10495843      +Summit Bank Corp Capital Trust 1,    BONY Mellon Global Group Trust,    101 Barclay Street 8W,
               New York, NY 10286-0001
10496281       Susan Clarice Benton,    4124 Garden Grove lane,    Charlotte, NC 28269-8340
10496282       Susan Huynh,    291 Chateau La Salle Dr,    San Jose, CA 95111-3023
10496283       Susan W Thompson,    1876 Rugby Ave,    College Park, GA 30337-1912
10496284       Suzanne M Sears,    240 Middlesex Rd,    Buffalo, NY 14216-3118
10496285       Suzanne Welter &,    John Ingegneri Jt Ten,    191 Turkey Hill Rd,    Asbury, NJ 08802-1258
10496286       Tak Chef Stephen Chan,    12 Ballard Terrace,    Lexington, MA 02420-3200
10496287       Ted Fang,    6015 Standard View,    Duluth, GA 30097-1415
10496288       Teddy H Fang,    6015 Standard View Drive,    Duluth, GA 30097-1415
10496289       Thalia Tamara Murray,    126 Scarsdale Dr,    Riverdale, GA 30274-1921
10496290       The Furutani Family Trust,    Dated APRIL 26 1994,    6810 119th Avenue NE,
               Kirkland, WA 98033-8419
10496292       The Jane F Beylouny Revocable Trust,    133 Sandy Ridge Road,    State College, PA 16803-1226
10496293       Thomas A Arrendale III,    PO Box 558,    Baldwin, GA 30511-0558
10496294       Thomas Chin,    171 Cabot St,    Newton, MA 02458-2537
10496295       Thomas P Long,    8812 20th Ave NE A303,    Seattle, WA 98115-8206
10496296      +Tiffany M Wang,    3126 NE Magnolia St,    Issaquah, WA 98029-3603
10496297       Timothy D Jones,    11234 E Riverside Drive,    Bothell, WA 98011-1512
10496298       Timothy J & Katie S Jergens JTWROS,    4021 SW Concord Street,    Seattle, WA 98136-2526
10496299      +Tom S Tang,    5613 155th Avenue SE,    Bellevue, WA 98006-5115
10496300       Tort K Quan &,    Sandy Y Quan JT Ten,    25922 158th Avenue SE,    Covington, WA 98042-8289
10496302       Trinice C Matthews,    4457 Sequoia Park Trail,    Snellville, GA 30039-2762
10496303       Tseng I Chao,    1168 Atcheson Lane,    Atlanta, GA 30338-4743
10496304      +Tso Ling John SU,    1100 106th Avenue NE Suite 101,    Bellevue, WA 98004-4325
10496305       U S Pacific Investment Group,    c/o Mr Francis Lai,    1590 Robins Walk,
               Alpharetta, GA 30005-2274
10495844      +U.S. Department of Treasury,    1500 Pennsylvania Ave. NW,    Washington, DC 20220-0002
10495845       UCBH Capital Trust I,    1100 N. Market Street,    Willmington, DE 19890-1615
10495846       UCBH Capital Trust II,    1100 N. Market Street,    Willmington, DE 19890-1615
10496309       UCBH Capital Trust III,    1100 N. Market Street,    Willmington, DE 19890-1615
10495848       UCBH Capital Trust IV,    1100 N. Market Street,    Willmington, DE 19890-1615
10495847       UCBH Capital Trust Ill,    1100 N. Market Street,    Willmington, DE 19890-1615
10495849       UCBH Capital Trust V,    1100 N. Market Street,    Willmington, DE 19890-1615
10495850       UCBH Capital Trust VI,    1100 N. Market Street,    WIllmington, DE 19890-1615
10495851       UCBH Capital Trust VII,    1107 N. Market Street,    Willmington, DE 19890-1607
10495852       UCBH Capital Trust VIII,    1108 N. Market Street,    Willmington, DE 19890-1608
10495853      +UCBH Holdings Statutory Trust I,    Corporate Trust Services,    1 Federal Street, 3rd Floor,
               Boston, MA 02110-2003
```

```
10495854      +UCBH Holdings Statutory Trust II,    Corporate Trust Services,    1 Federal Street, 3rd Floor,
               Boston, MA 02110-2003
10496317       Uni All Group Ltd,    Bldg 12,    2900 Chamblee Tucker Rd,    Atlanta, GA 30341-4100
10496318      +United States Department of Treasury,    1500 Pennsylvania Ave NW,    Washington, DC 20220-0002
10496319       United Taiwanese Foundation of,    Southern California,    ATTN Julie C Lee,    3001 Walnut Grove #9,
               Rosemead, CA 91770-2785
10496320       V G Parker &,   Charlene Parker JT Ten,    4691 Kenneth Dr SW,    Lilburn, GA 30047-5255
10496321       Vesta Mae Thompson,    1691 Nickel Avenue,    San Jose, CA 95121-1645
10496322       Victor A Chinn,    4871 24th Avenue South,    Seattle, WA 98108-2004
10496323       Vincent Le,    36 Concord Street,    Wilmington, MA 01887-2126
10496324       Vivian Kam F Lai,    1221 143rd Street SW,    Lynnwood, WA 98087-6020
10496325       Wai Tai Cho & Pak Kum Wong,    19122 84th Avenue South,    Kent, WA 98032-1207
10496326      +Wai Tak Theodora Yeung &,    Teresina Ling Jt Ten,    11545 5th Avenue NE,    Seattle, WA 98125-6201
10496327      +Wai Yip Chow,    1112 Randolph Ave,    Milton, MA 02186-5235
10496328       Walter Schmidt Amwellenberg,    10 Moerlenbach 6942,    GERMANY
10496329       Wan Fu Kuo &,    Man Na Kuo Huang JTWROS,    12436 98th Ave NE,    Kirkland, WA 98034-2707
10496330       Wang Fung W Tsai &,    Chih Chau L Kuan JTWROS,    5020 139th Place SE,    Bellevue, WA 98006-3451
10496331       Wei Hung Kao,    12910 170th Avenue NE,    Redmond, WA 98052-1196
10496332       Wen Chi Lin & Wei C Lin,    14212 NE 12th Place,    Bellevue, WA 98007-4032
10496333       Wen Han Lin & Ming Hai LIN,    14212 NE 12th Place,    Bellevue, WA 98007-4032
10496334       Wen Tsuan Chen,    45 Pleasant St,    West Newton, MA 02465-1230
10496335       Wendy Lao Voong,    39 Old Ironsides Way C,    Charlestown, MA 02129-2248
10496336       Western Seas Investment CO,    c/o Birnbrey Minsk & Minsk,    1801 Peachtree St NE Ste 300,
               Atlanta, GA 30309-1859
10496337       William R Whitton,    7690 Dove Dr,    Riverdale, GA 30274-4012
10496338       William S Nagy &,    Agnes I Nagy JT Ten,    645 Grant St,    Alpha, NJ 08865-4547
10496339      +Willy Siu Wai Hui &,    Nancy Mui Lai Hui JT Ten,    2105 96th Ave NE,    Bellevue, WA 98004-2500
10496340       Wu-Ming Lin &,    Yea-Huey Lin,    JT TEN,    926 Narcissus Court,    San Leandro, CA 94578-3825
10496341      +Xiao Ling Mo,    10045 NE 1st Street Apt,    524 Bellevue, WA 98004-5654
10496342       Yea Yang Su,    945 Alexis Way,    Marietta, GA 30066-3860
10496343       Yee Sing Song & Shut Chun Song TR,    397 W Chestnut St,    Marianna, AR 72360-2131
10496344       Yeo Jin Park,    4028 Oak Glenn Dr,    Duluth, GA 30096-5659
10496345       Yi Ju Huang Chen,    2 Crescent Ky,    Bellevue, WA 98006-1010
10496346       Yin Kau Ho,    22 Reed Street,    N Cambridge, MA 02140-2414
10496347      +Yiu Kwan Chow,    1112 Randolph Avenue,    Milton, MA 02186-5235
10496348       Yolanda L Chow,    14521 144th Place SE,    Renton, WA 98059-5563
10496349       Yon Yan Shyong,    920 Scotia Drive,    Allen, TX 75013-5369
10496350       Yon Yan Shyong & Li Hsia Hu,    920 Scotia Drive,    Allen, TX 75013-5369
10496351       Yudong Li & Jun Ding JT Ten,    31811 Pacific Highway South Ste B-321,
               Federal Way, WA 98003-5646
10496352       Yung Cheng & Jackie SF Cheng JT Ten,    4353 Halifax Street Apt,    1905 Burnaby BC V5C 5Z4,
               Canada

The following entities were noticed by electronic transmission on Nov 25, 2009.
tr            +EDI: QELSCHOENMANN.COM Nov 25 2009 20:18:00      E. Lynn Schoenmann,    800 Powell Street,
               San Francisco, CA 94108-2006
smg            EDI: CALTAX.COM Nov 25 2009 20:29:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10496301       Trident Nominees Limited,    PO Box 175,    12 14 Finch Road,    Douglas,    British Isles IM99
10495956*     +Doreen Woo Ho,    78 Berkeley Way,    San Francisco, CA 94131-2518
10496072*     +Joseph Wu,    5565 Candlelight Dr.,    La Jolla, CA 92037-7713
10496091*      Kelly Vanapeldoorn,    Oust Megan Vanapeldoorn,    Under NY Trans Min Act,    60 Gordon Park,
               Webster, NY 14580-3216
10496164*     +Michael Tun Zan,    315 Alberta Way,    Hillsborough, CA 94010-7147
10496209*     +Pin Pin Chau,    7460 St. Mario Country Club,    Duluth, GA 30097-1617
10496212*      PricewaterhouseCoopers,    P.O. Box 31001-0068,    Pasadena, CA 91110-0068
10496239*     +Ron McMeekin,    3225 Jackson Street,    San Francisco, CA 94118-2016
10496247*     +Sandler O'Neill + Partners, L.P.,    919 Third Avenue,    6th Floor,    New York, NY 10022-3930
10496280*     +Summit Bank Corp Capital Trust,    1 BONY Mellon Global Group Trust,    101 Barclay Street 8W,
               New York, NY 10286-0001
10496291*      The Furutani Family Trust,    dated APRIL 26 1994,    6810 119th Avenue NE,
               Kirkland, WA 98033-8419
10496306*     +U.S. Department of Treasury,    1500 Pennsylvania Ave. NW,    Washington, DC 20220-0002
10496307*      UCBH Capital Trust I,    1100 N. Market Street,    Willmington, DE 19890-1615
10496308*      UCBH Capital Trust II,    1100 N. Market Street,    Willmington, DE 19890-1615
10496310*      UCBH Capital Trust IV,    1100 N. Market Street,    Willmington, DE 19890-1615
10496311*      UCBH Capital Trust V,    1100 N. Market Street,    Willmington, DE 19890-1615
10496312*      UCBH Capital Trust VI,    1100 N. Market Street,    Willmington, DE 19890-1615
10496313*      UCBH Capital Trust VII,    1107 N. Market Street,    Willmington, DE 19890-1607
10496314*      UCBH Capital Trust VIII,    1108 N. Market Street,    Willmington, DE 19890-1608
10496315*     +UCBH Holdings Statutory Trust I,    Corporate Trust Services,    1 Federal Street, 3rd Floor,
               Boston, MA 02110-2003
10496316*     +UCBH Holdings Statutory Trust II,    Corporate Trust Services,    1 Federal Street, 3rd Floor,
               Boston, MA 02110-2003
                                                                                              TOTALS: 1, * 20

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 27, 2009**                    Signature:     _Joseph Speetjens_