1  CROWELL & MORING LLP
   Thomas F. Koegel (CSB No. 125852, tkoegel@crowell.com)
2  Michael A. Kahn (CSB No. 057432, mkahn@crowell.com)
   Suzanne E. Rode (CSB No. 253830, srode@crowell.com)
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: 415.986.2800
   Facsimile: 415.986.2827
5
   Attorneys for Plaintiff E. Lynn Schoenmann,
6  Chapter 7 Trustee

7

8               UNITED STATES BANKRUPTCY COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | UCBH HOLDINGS, INC.,                | Chapter Number: 7
   |                                     |
13 |              Debtor.                | Case No.  09-33701
   |                                     |
14 |                                     | Adversary Proceeding No.:
   |                                     |
15 |                                     | **COMPLAINT FOR TURNOVER OF
   |                                     | PROPERTY**
16 |                                     |
   |                                     |
17 |                                     |
   | E. LYNN SCHOENMANN, CHAPTER 7       |
18 | TRUSTEE,                            |
   |                                     |
19 |                                     |
   |              Plaintiff,             |
20 |                                     |
   | vs.                                 |
21 |                                     |
   | EAST WEST BANK and EAST WEST        |
22 | BANCORP, INC.                       |
   |                                     |
23 |                                     |
   |              Defendants.            |
24 |                                     |

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

Case: 09-33701   Doc# 15   Filed: 12/23/09   Entered: 12/23/09 19:15:25   Page 1 of 4

E. Lynn Schoenmann, Chapter 7 Trustee for the Estate of UCBH Holdings, Inc,
("Plaintiff" or "Trustee") for her complaint represents as follows:

<div align="center">NATURE OF THE COMPLAINT</div>

1.     Debtor UCBH Holdings, Inc., ("Debtor" or "UCBH") was and is the sole owner of subsidiary United Commercial Bank ("the Bank"), a California corporation and regional financial institution headquartered in San Francisco California.  On Friday, November 6, 2009, the Bank was closed by the California Department of Financial Institutions, and the Federal Deposit Insurance Corporation ("FDIC") was named as a Receiver for the Bank.

2.     Defendant East West Bank, through its wholly-owning parent corporation, East West Bancorp, Inc., ("East West Bancorp") acquired substantial assets of the Bank from the FDIC, including all deposit accounts excluding certain brokered deposits.  Among those assets was the headquarters office of the Bank, located at 555 Montgomery Street in San Francisco, California ("the Headquarters Building").

3.     The FDIC has disclaimed any rights in UCBH.  In its notice regarding the receivership, the FDIC stated that "all shares of United Commercial Bank were owned by its holding company, UCBH Holdings, Inc., San Francisco, CA. The holding company was not included in the closing of the bank or the resulting receivership."

4.     On November 24, 2009, UCBH filed its petition under Chapter 7 of the Bankruptcy Code, commencing this case.

5.     On November 25, 2009, Trustee was appointed by the Court as the Chapter 7 Trustee.  Since that time, the Trustee has been diligently attempting to obtain the turnover of UCBH's assets listed on the schedules.  These assets are in the possession of East West Bank or East West Bancorp.  They include the Debtor's bank account proceeds, which are contained in a bank account maintained with Debtor's subsidiary bank and transferred to East West Bank as a result of the FDIC transaction; stock certificates and other evidence of ownership interests of the Debtor; personal property of the Debtor located at the Headquarters Building; and records of the Debtor.  While under threat of suit East West Bank and East West Bancorp have promised to

CROWELL
& MORING LLP
ATTORNEYS AT LAW

COMPLAINT FOR TURNOVER OF PROPERTY;
CASE NO. 09-33701

1  deliver certain of the assets, they have refused to deliver the bank account proceeds and have

2  failed to deliver all the records of the Debtor.

3  <center>PARTIES</center>

4        6.      Plaintiff is the duly qualified and acting trustee regarding the Estate of UCBH

5  Holdings, Inc..

6        7.      Defendant East West Bank is a California corporation headquartered in Pasadena,

7  California.

8        8.      Defendant East West Bancorp, Inc., is a Delaware corporation, headquartered in

9  Pasadena, California.

10  <center>JURISDICTION AND VENUE</center>

11        9.      This Court has jurisdiction over the adversary proceeding pursuant to 28 U.S.C.

12  § 1334.

13        10.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(E).

14        11.     Venue is proper in this district under 28 U.S.C. § 1408.

15  <center>CLAIM FOR RELIEF AGAINST EAST WEST BANK AND EAST WEST BANCORP</center>

16  <center>TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE</center>

17  <center>(11 U.S.C. § 542(a))</center>

18        12.     Based on the schedules filed by the Debtor in the matter, and the testimony of

19  debtor's responsible person at the first meeting of creditors, Trustee is informed and believes, and

20  thereupon alleges that the following property of the estate is in the possession and under the

21  control of East West Bank and East West Bancorp:

22        a.      Proceeds of a deposit account held at United Commercial Bank, Account

23  No. 63564892, at the Headquarters Building, and now transferred to East West Bank, and the

24  proceeds of any other deposit or other accounts held in the name of Debtor at East West Bank

25        b.      All tangible personal property of the Debtor in the possession, custody or

26  control of East West Bank, including but not limited to those items listed in Debtor's schedules

27  described as "Chicken Head Stoneware, Fabric Panel, Lateral Shelf, New Glass Door, and

28  Painting";

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

COMPLAINT FOR TURNOVER OF PROPERTY;
CASE NO. 09-33701

Case: 09-33701   Doc# 15   Filed: 12/23/09   Entered: 12/23/09 19:15:25   Page 3 of 4

CROWELL
& MORING LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 | c. Stock certificates or other indicia of ownership for the Debtor's interests in |
| 2 | First American International Corp.; American California Bank; Global Commerce; Techgains |
| 3 | Pacific Century Fund; Translink Capital Partners 1; and any other stocks and interests of the |
| 4 | Debtor within the possession, custody, or control of East West Bank or East West Bancorp |
| 5 | d. All operating records of the Debtor. |

13.    The Trustee has demanded from East West Bank and East West Bancorp that the property be turned over to the Trustee, but those entities have failed to turn over the property.

<div align="center">REQUEST FOR RELIEF</div>

For the reasons set forth above, the Trustee requests that:

A.    The Court order the turnover of all property of the Debtor in the possession, custody or control of defendants East West Bank or East West Bancorp.

B.    The Court grant Trustee her costs of suit herein.

C.    The Court grant Trustee any and all other relief to which Trustee is entitled.

Dated: December 23, 2009                        CROWELL & MORING LLP

                                 /s/ Thomas F. Koegel
                                 Attorneys for Plaintiff
                                 E. Lynn Schoenmann,
                                 Chapter 7 Trustee

106065\0000001\901999328.2

-4-

COMPLAINT FOR TURNOVER OF PROPERTY;
CASE NO. 09-33701