MATTHEW S. COVINGTON (Bar No. 154429)
matthew.covington@dlapiper.com
ERIN FRAZOR (Bar No. 251324)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for the
Federal Deposit Insurance Corporation,
as Receiver for United Commercial Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| UCBH HOLDINGS, INC., | Case No. 09-33701 (TEC) |
| Debtor. | **STIPULATION EXTENDING FDIC-RECEIVER'S DEADLINE TO OBJECT TO MOTION TO APPROVE STIPULATION REGARDING STAY RELIEF** |
| | [No Hearing Required] |

      This Stipulation is entered into between E. Lynn Schoenmann, Chapter 7 Trustee of UCBH Holdings, Inc. (the "Trustee") and the Federal Deposit Insurance Corporation, as receiver for United Commercial Bank (the "FDIC-Receiver"), by their undersigned attorneys.

      WHEREAS:

      A.    Until its closing, United Commercial Bank ("UCB") was a state-chartered commercial bank with its principal place of business in San Francisco, California. The debtor UCBH Holdings, Inc. (the "Debtor") was UCB's holding company. On November 6, 2009, UCB was closed by order of the California Department of Financial Institutions and the FDIC-Receiver was appointed its receiver. On November 24, 2009, the Debtor filed its chapter 7 petition in this Court. The Trustee was named chapter 7 trustee for the Debtor's estate soon thereafter.

      B.    On August 4, 2010, the Trustee filed a motion to approve a stipulation (the

1  "Stipulation") between the Trustee and various former directors and officers (the "Individuals")
2  of the Debtor or of UCB regarding stay relief and proceeds of insurance policy (the "Motion"),
3  together with a notice and opportunity for hearing (the "Notice").  [Doc. No. 64]

4       C.      Under the Stipulation, the automatic stay would be modified to permit the insurer under St. Paul Mercury Insurance Company Directors and Officers and Company Liability Insurance Policy No. 0594CM2372 (the "Policy") to advance up to $7.5 million for the Individuals' defenses expenses in certain litigation matters. .

8       D.      The FDIC-Receiver has concerns with the relief sought in the Motion and has stated its intention to object to the Motion unless its concerns can be addressed.  Counsel for the Trustee and counsel for the Individuals have expressed a willingness to engage in discussions with counsel for the FDIC-Receiver in an effort to address its concerns and obviate the need for an objection to the Motion.

13     E.      On August 23, 2010, the FDIC-Receiver and the Trustee entered into a stipulation extending the time within which the FDIC-Receiver may file an objection to the Motion through and including August 30, 2010.

16     F.      The parties are continuing their discussions, requiring a further extension of the deadline for the FDIC-Receiver to object.

18  ////
19  ////
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

NOW THEREFORE, subject to the approval of the Court, the Trustee and the FDIC-Receiver agree that notwithstanding the deadline for objections to the Motion that was set forth in the Notice, the time for the FDIC-Receiver to file an objection to the Motion is further extended through and including September 7, 2010.

Dated: San Francisco, California
August 27, 2010

CROWELL & MORING LLP

*/s/ Thomas F. Koegel*

Thomas F. Koegel (CSB No. 125852)
Michael A. Kahn (CSB No. 057432)
Suzanne E. Rode (CSB No. 253830)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827
Email: tkoegel@crowell.com
Email: mkahn@crowell.com
Email: srode@crowell.com

Attorneys for
E. Lynn Schoenmann, Chapter 7 Trustee

Of Counsel:

Kathryn R. Norcross
Senior Counsel

Dennis Early
Counsel

Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D-3076
Arlington, Virginia 22226
(703) 562-2739

DLA PIPER LLP (US)

*/s/ Matthew S. Covington*

Matthew S. Covington (CSB No. 154429)
Erin Frazor (CSB No. 251324)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501
Email: matthew.covington@dlapiper.com
Email: erin.frazor@dlapiper.com

Attorneys for the
Federal Deposit Insurance Corporation,
as Receiver for United Commercial Bank

Case: 09-33701   Doc# 72   Filed: 08/27/10   Entered: 08/27/10 16:09:17   Page 3 of 5

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re | Chapter 7 |
|---|---|
| UCBH HOLDINGS, INC., | Case No. 09-33701 (TEC) |
| Debtor. | **ORDER APPROVING STIPULATION EXTENDING TIME TO OBJECT** |

The parties having agreed to a Stipulation Extending the Time of the Federal Deposit Insurance Corporation, as receiver for United Commercial Bank (the "FDIC-Receiver") to object to the motion of E. Lynn Schoenmann, Chapter 7 Trustee of UCBH Holdings, Inc. (the "Trustee"), to approve a stipulation (the "Stipulation") between the Trustee and various former directors and officers (the "Individuals") of the Debtor or of UCB regarding stay relief and proceeds of insurance policy (the "Motion"), and good cause appearing in the Stipulation for the relief requested,

NOW THEREFORE, it is hereby ORDERED that the time for the FDIC-Receiver to file an objection to the Motion is extended through and including September 7, 2010

***END OF ORDER***

**SERVICE LIST**

| | |
|---|---|
| East West Bank and<br>East West Bancorp, Inc.<br>135 N. Los Robles Ave., 7th Floor<br>Pasadena, CA 91101 | Defendants |
| Jeremy V. Richards, Esq.<br>Pachulski Stang Ziehl & Jones<br>1011 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067-4100 | Counsel for Defendants East West Bank<br>and East West Bancorp, Inc. |
| Gail Susan Greenwood, Esq.<br>Pachulski Stang Ziehl & Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 | Counsel for Defendants East West Bank<br>and East West Bancorp, Inc. |
| Adam A. Lewis, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 | Counsel for Applicants raig S. On,<br>Sylvia Loh, Jonas Miller, Dennis Lee,<br>Dennis Wu, Li-Lin Ko, Joseph J. Jou,<br>David S. Ng, Daniel P. Riley, Richard Wang<br>Godwin S. Wong and Pin Pin Chau |
| Timothy P. Crudo<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for Applicant Thomas Wu |
| James A. Lassart<br>Ropers Majeski Kohn Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105 | Counsel for Applicant Ebrahim Shabudin |
| Cynthia A. Dy<br>650 Page Mill Road<br>Palo Alto, CA 94304 | Counsel for Applicants Michael Tun Zun<br>and Anthony Chan |
| E. Lynn Schoenmann<br>800 Powell Street<br>San Francisco, CA 94108 | Trustee |