| | |
|---|---|
| 1 | CROWELL & MORING LLP |
| | Thomas F. Koegel (CSB No. 125852, tkoegel@crowell.com) |
| 2 | Nathaniel P. Bualat (CSB No. 226917, nbualat@crowell.com) |
| | Suzanne E. Rode (CSB No. 253830, srode@crowell.com) |
| 3 | 275 Battery Street, 23rd Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: 415.986.2800 |
| | Facsimile: 415.986.2827 |
| 5 | |
| 6 | Attorneys for Chapter 7 Trustee |
| | E. Lynn Schoenmann |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter Number: 7 |
| UCBH HOLDINGS, INC., | Case No. 09-33701 |
| Debtor. | **NOTICE OF QUALIFIED OVERBID REGARDING MOTION TO SELL SHARES IN FIRST AMERICAN INTERNATIONAL CORP. AND AMERICA CALIFORNIA BANK AND LACK OF OPPOSITION TO THE MOTION** |
| | Judge: Hon. Thomas E. Carlson |
| | Courtroom: 23 |
| | Date: September 20, 2010 |
| | Time: 9:30 a.m. |

PLEASE TAKE NOTICE that Chapter 7 Trustee E. Lynn Schoenmann has received a qualified overbid for Debtor UCBH Holdings, Inc.'s 25,000 shares of common stock in America California Bank ("ACB Shares"). The ACB Shares are the subject of the Trustee's Motion to Sell Shares in First American International Corp. and America California Bank [Doc. 73], which is set for hearing on September 20, 2010, at 9:30 a.m. in the courtroom of the Hon. Thomas E. Carlson, United States Bankruptcy Judge, located at 235 Pine Street, San Francisco, California, 22nd Floor. The Trustee has not received a qualified overbid for Debtor's 135,888 shares of common

-1- NOTICE OF OVERBID RE MOTION TO SELL SHARES IN AMERICA CALIFORNIA BANK AND LACK OF OPPOSITION; CASE NO. 09-33701

stock in First American International Corp.

As set forth in the Trustee's Motion and her Notice of Hearing on the Motion [Doc. 75], the Trustee proposed the following overbid procedure:[1] Any overbids, in the form of written offers, had to be delivered to counsel for the Trustee by no later than September 13, 2010. Any such proposed overbid had to exceed the existing bid by at least $5,000, *i.e.*, for the ACB Shares the bid had to be at least $55,000. In addition, to be "qualified," any overbid and bidder would be subject to the Trustee's evaluation and, for the ACB Shares, terms and conditions substantially similar to those set forth in the Stock Purchase Agreement dated August 18, 2010 by and between the Trustee and to McAdams Wright Ragen, Inc. ("ACB Purchase Agreement"), which was attached to the Trustee's declaration in support of her Motion.

On September 13, 2010, Trustee's counsel received a written overbid from the directors and officers of ACB ("ACB Overbidder") for the ACB Shares. The overbid was for $2.50 per share for a total of $62,500 for all of the ACB Shares. In addition, the ACB Overbidder agreed that its potential purchase would be pursuant to the terms of the ACB Purchase Agreement. Finally, the Trustee approves the ACB Overbidder as qualified. Accordingly, the ACB Overbidder's offer is a qualified overbid and, if the Court grants the Trustee's Motion, the final bidding on the ACB Shares between the ACB Overbidder and McAdams Wright Ragen, Inc. shall be conducted in open court at the hearing.

Finally, the Trustee has not received any opposition to her Motion nor is she aware of any opposition being filed with the Court.

Dated: September 14, 2010               CROWELL & MORING LLP

                                        /s/
                                        Nathaniel P. Bualat
                                        Attorneys for Chapter 7 Trustee
                                        E. Lynn Schoenmann

106065\0000001\902148282.1

---

[1] No objection was raised regarding the Trustee's proposed overbid procedure.